# ADAM J. FISHBEIN, P.C.
ATTORNEY AT LAW

735 Central Avenue

Woodmere, New York 11598

Telephone (516) 668-6945

fishbeinadamj@gmail.com

April 13, 2020

**VIA ECF**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **RE:**    **Rabinowitv v. Equifax et al**
             **1:20-cv-496-PKC-SJB**

Dear Judge Chen:

    I represent the Plaintiff in the above matter. Please be advised that the Plaintiff has resolved the matter as against Bank of America Corp. The parties request forty-five days for the Plaintiff to file a notice of dismissal.

    Thank you for the Court's consideration of the foregoing.

 Yours faithfully,

 /s/
_____
 Adam J. Fishbein

Cc: Counsel of Record (via ECF)