**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW
735 Central Avenue
Woodmere, New York 11598
Telephone (516) 668-6945
fishbeinadamj@gmail.com

May 18, 2020

**VIA ECF**

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **RE:**    **Rabinowitv v. Equifax et al**
              **1:20-cv-496-PKC-SJB**

Dear Judge Chen:

    I represent the Plaintiff in the above matter.  Please be advised that the Plaintiff has resolved the matter as against GM Financial.  The plaintiff request forty-five days for the Plaintiff to file a notice of dismissal.

    Thank you for the Court's consideration of the foregoing.

 Yours faithfully,

 /s/
_____
 Adam J. Fishbein

Cc:  Counsel of Record (via ECF)