# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELLA RABINOWITV, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, BANK OF AMERICA CORPORATION AND GENERAL MOTORS FINANCIAL COMPANY, INC. D/B/A GM FINANCIAL,<br><br>        Defendants. | Case No. 1:20-cv-00496-PKC-SJB<br><br>CLASS ACTION COMPLAINT |

## DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
## NOTICE OF SETTLEMENT

Defendant, Equifax Information Services LLC ("Equifax"), notifies the Court that Plaintiff Bella Rabinowitv and Equifax have settled all claims between them in this matter in principle, and that they are in the process of completing the settlement documents. These parties expect to complete the dismissal within 45 days.

Dated: June 9, 2020.

                                                        */s/ Misty L. Peterson*
                                                        Misty L. Peterson
                                                        KING & SPALDING LLP
                                                        1180 Peachtree Street
                                                        Atlanta, GA 30309
                                                        404-572-4600 (Telephone)
                                                        404-572-5100 (Facsimile)
                                                        mpeterson@kslaw.com

                                                        *Counsel for Defendant Equifax Information Services LLC*

2

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day caused to be served on counsel for all parties by electronically filing a true and correct copy of the foregoing with the Clerk of the Court using the ECF system upon:

    Adam J. Fishbein
    735 Central Avenue
    Woodmere, NY 11598
    Phone: (516) 668-6945
    fishbeinadamj@gmail.com

This 9th day of June, 2020.

                                          */s/ Misty L. Peterson*
                                          Misty L. Peterson